# Order

Michigan Supreme Court
Lansing, Michigan

December 10, 2008

Clifford W. Taylor,
Chief Justice

137024

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 137024
                                        COA: 285582
                                        Allegan CC: 07-015202-FH

MICHAEL JAY EDING,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 17, 2008 order of the Court of Appeals is considered. We DIRECT the Allegan County Prosecuting Attorney to answer Issue II of defendant's application for leave to appeal, involving the assessment of 15 points for OV 10, and to address the consequence of any scoring error, within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2008                  _____

p1203                                            Clerk